**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF VIRGINIA**

|  |  |  |
|---|---|---|
| CHARDONNAY HOPE, | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| v. | ) | Civil Action No. 7:25-cv-510 |
| | ) | |
| FERRUM COLLEGE, | ) | |
| | ) | |
| | ) | |
| *Defendant.* | ) | |
| | ) | |

**MOTION FOR *PRO HAC VICE* ADMISSION OF THOMAS NEWKIRK**

Pursuant to Rule 6(d) of the Local Rules of the United States District Court for the Western District of Virginia, I, Joshua Erlich, an attorney admitted to practice in this Court, and counsel of record in the instant proceeding, hereby move the Court for the admission of Thomas. Newkirk, to appear *pro hac vice* on behalf of the Plaintiff in the above captioned case and in support thereof state as follows:

1.      Mr. Newkirk is an attorney at the Newkirk Zwagerman, P.L.C., 3900 Ingersoll Ave, Suite 201, Des Moines, IA 50312, Tel: (515) 883-2000, Email: tnewkirk@newkirklaw.com

2.      Mr. Newkirk is qualified and licensed to practice law and is a Bar member in good standing in the Southern District of Iowa.

3.      Mr. Newkirk agrees to submit to and comply with the appropriate rules of procedure as required in the case for which he is applying to appear *pro hac vice* as well as the rules and standards of professional conduct applicable to all lawyers admitted to practice before this Court.

WHEREFORE, for the reasons stated above, it is requested that this Court grant this motion

and permit Thomas Newkirk to appear *pro hac vice* on behalf of Plaintiff in the above captioned case, and to appear at hearings or trials in the absence of an associated member of the bar of this Court.

Date: August 5, 2025                                      Respectfully submitted,

/s/  *Joshua Erlich*
Joshua Erlich (VSB No. 81298)
THE ERLICH LAW OFFICE, PLLC
1550 Wilson Blvd. #700
Arlington, VA 22209
Tel: (701) 791-9087
Fax: (701) 722-8114
Email: jerlich@erlichlawoffice.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on August 5, 2025, I electronically filed the foregoing with the Clerk

of the Court using the CM/ECF system, which will provide copies to all counsel of record.

/s/  *Joshua Erlich*
Joshua Erlich (VSB No. 81298)
THE ERLICH LAW OFFICE, PLLC
1550 Wilson Blvd. #700
Arlington, VA 22209
Tel: (701) 791-9087
Fax: (701) 722-8114
Email: jerlich@erlichlawoffice.com

*Counsel for Plaintiff*